## FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) German Castaneda 211398
(Name of Plaintiff) (Inmate Number)
3400 Concord Road
York, PA 17402
(Address)

(2) _____
(Name of Plaintiff) (Inmate Number)

_____
(Address)

(Each named party must be numbered, and all names must be printed or typed)

vs.

(1) York County Prison
(2) Prime Care Medical, Inc.
(3) _____
(Names of Defendants)

(Each named party must be numbered, and all names must be printed or typed)

Jury Trial Demanded

3:15CV1336
(Case Number)

CIVIL COMPLAINT

**FILED**
HARRISBURG, PA

JUL 08 2015

TO BE FILED UNDER: __X__ 42 U.S.C. § 1983 - STATE OFFICIALS

_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N.A. _____

_____

_____

_____

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? _X_ Yes _X_ No
Inmates cannot fully Exhaust Administrative Remedy, as Request slips and or Grievances, as we are not given copies, or allowed to keep responses to Request slips.

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? _X_ Yes ___ No The best that I could with my small knowledge of English, and the failure of the Administration to allow inmates to Exhaust Administrative Remedy.

C. If your answer to "B" is Yes:

   1. What steps did you take? Filed out a request slip as well as a 801 form

   2. What was the result? no action was taken

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: German Castenoda
   Employed as a landscaper at Juan Lawn Care
   Mailing address: Wilmington, Delaware
(2) Name of second defendant: _____
   Employed as _____ at _____
   Mailing address: _____
(3) Name of third defendant: _____
   Employed as _____ at _____
   Mailing address: _____

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Please see attachments.

2

2. Negligence, Malpractice, Deliberate Indifference, Denial of Due Process Pertaining to denying me and the inmates here to Exhaust Administrative Remedy, as we are not given copys of Request slips Responses to intended Parties, or the original Response.

3. The Record's Department supposedly are keeping all inmate correspondence with staff and or Administration, as inmates have no proof of submission of Documentation to exhaust any and all Administrative Remedy.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To be seen by a doctor not employed by YCP, to follow-up and re-evaluate the status of my leg. To take what ever measures to repair the damage at the cost of YCP.

2. To repair damaged shower stalls in North block, Pod B so this can't happen again.

Request Pro Bono Attorney, cannot speak or read English good, only a little.

3. Request Punitive damages for Pain and Suffering and Injunction to stop their Medical Practices and or Procedures and Denial of Due Process to Exhaust Administrative Remedy here.

"Save Right to Amend Complaint"

(DEMAND TRIAL BY JURY)

On May 5th 2015 I was brought to York County Prison (YCP) as an ICE detainee. After the classification process I was housed in North Block, Pod B, Cell 4B. I am filing this complaint due to safety hazard as well as a Medical issue and how procedure is done here at YCP.

On May 16th of 2015 I woke up to prepare for razor call and breakfast around 7:00am. While going to the lower shower stall I slipped and fell due to standing water outside of the shower stall. Both the upper and lower shower still have missing grout and are not properly drained. Water seeps out of the stalls and the upper shower leaks through the walls and ceiling leaving even a larger puddle on the outside of the lower shower stall. Due to this I slipped and fell hu8rting my right leg. I told the attending Correctional Officer (C.O.) what had happened and was placed in a wheelchair and taken to medical.

At Medical only a nurse examined my leg. She looked at my leg and said it was just bruised. The nurse gave me 2 pills(Motrin) and ice to ice my leg.. I was then sent back to my block. Later that day during medical medication rounds after lunch and dinner (around 5pm and 9pm) I was given 2 more pills of Motrin.

On the 17th of May 2015 after breakfast I was called down to Medical which is roughly 200yds. round trip from start to finish. I was given no medical assistance and had to walk to and from medical on my own accord. When at medical again a nurse looked at my leg and gave me 2 pills (Motrin) some ice and sent on my way back to my cell. Then again received 2pills (Motrin) during medication round at the block after lunch and dinner (4 & 9pm). This same routine continued for next few day of May 18th,19th,and 20th.

During this time I wrote a sick call slip to let the Medical staff know how much pain I was in. I told the nurse this and my leg was only treated with words and 2 pills of Motrin. I still haven't been seen by a doctor.

On May 21st of2015 I was again called down to medical on my own accord to be seen, but this time a P. A. examined my leg.. She saw the bruising and said that my leg looks like it is broken and we will need to get X-rays of my leg to verify, gave me 2 Motrin and sent on my way. Again walking on a broken leg.

On May22nd of 2015 again I was called down to medical on my own accord. I got some X-rays taken.. I then went to an INS program here at the prison where I was pullout to go back to medical on my own accord to be told that my leg was indeed broken. This was around 130-200pm. I was then taken to Apple Hill Medical Center to be examined by a Doctor there. They took X-rays and re-verifi8ed that my leg was indeed broken. The doctor didn't re-set my leg and just placed a hard cast on my right leg. I was given crutches and escorted back to YCP. Two more pills of Motrin were also given to me at Apple Hill. I was then again receiving @ pills of Motrin during medication rounds after lunch and dinner. This lasted until about June 1st or 2nd.

During this time I wrote a request slip and a 801 complaint form about this water issue in North Block and the standing water issue. The Maintenance staff has been in North Block, Pod B numerous times since my accident and the water is present 24/7. They have seen the water but yet no repair work has been done. This negligence of the Maintenance staff to identify, report and maintain a safe structure is disturbing. But even more disturbing is my medical care here at YCP.  The time to be seen and properly treated is not up to code or procedure. Not re-setting my broken bones is causing me great pain and discomfort.  By walking on a broken foot numerous times and days even after verification that was broken even more disturbing.

I'm not sure what needs to be done to fix my broken leg properly but it needs to be seen by a doctor who is not on the York County Prison pay roll to be evaluated properly.  And this needs to be at the cost of YCP.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ~~28th~~ 6th day of ~~June~~ July, 2015.

German Castaneda
(Signature of Plaintiff)

4

German Castenada #211398
3400 Concord Road
York, PA 17402

THIS CORRESPONDENCE ORI
FROM AN INMATE INSTITU



RECEIVED
JUL 0 8 2015
PER
HARRISBURG, PA.   DEPUTY CLERK

U.S. District Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17101